**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | | |
|---|---|---|
| ROBERT TREPETA | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No: 2:18cv437 |
| | : | |
| NATIONAL CONSUMER TELECOM | : | |
| AND UTILITIES EXCHANGE, INC. | : | |
| | : | |
| Defendant. | : | |

**PLAINTIFF'S MOTION FOR LEAVE**
**TO FILE HIS FIRST AMENDED COMPLAINT**

COMES NOW the Plaintiff, Robert Trepeta, by counsel, and for the reasons more fully set forth in the contemporaneously filed Memorandum In Support, he moves the Court for leave to file his Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(2). A copy of the proposed Amended Complaint is attached hereto as "Exhibit A."

Respectfully submitted,
**ROBERT TREPETA**

_____/s/_____
Matthew J. Erausquin, VSB #65434
Leonard A. Bennett, VSB #37523
Tara B. Keller, VSB #91986
Consumer Litigation Associates,
Northern Virginia, P.C.
1800 Diagonal Road, Ste. 600
Alexandria, Virginia 22314
(703) 273-7770 telephone
(888) 892-3512 facsimile
Email: matt@clalegal.com
Email: lenbennett@clalegal.com
Email: tara@clalegal.com

*Counsel for the Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of September 2018, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

John W. Montgomery, Jr.
VSB No. 37149
Attorney for Defendant National Consumer
Telecom and Utilities Exchange, Inc.
Traylor, Montgomery & Elliott, P.C.
130 E. Wythe Street
Petersburg, VA 23803
Telephone: 804-861-1122
Facsimile: 804-733-6022
Email: jmontgomery@tmande.com

I hereby certify that on September 5, 2018, I served the foregoing document via US Mail, postage prepaid, to the following:

King & Spalding, LLP
Attorney for Defendant National Consumer
Telecom and Utilities Exchange, Inc.
Attn: Tony Love
1180 Peachtree St., NE Ste. 1600
Atlanta, GA 30309
Telephone: 404-215-5913
Email: tlove@kslaw.com

King & Spalding, LLP
Attorney for Defendant National Consumer
Telecom and Utilities Exchange, Inc.
Attn: Leila Prosper-Chartier
1180 Peachtree St., NE Ste. 1600
Atlanta, GA 30309
Telephone: 404-572-4676
Email: lprosper-chartier@cslaw.com

/s/
Matthew J. Erausquin, VSB #65434
Consumer Litigation Associates,
Northern Virginia, P.C.
1800 Diagonal Road, Ste. 600
Alexandria, Virginia 22314
(703) 273-7770
(888) 892-3512 facsimile
Email:  matt@clalegal.com

*Counsel for the Plaintiff*