**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

| | | |
|---|---|---|
| ROBERT S. TREPETA *on behalf of himself and all other similarly situated individuals*, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 2:18-cv-00437-RAJ-DEM |
| NATIONAL CONSUMER TELECOM AND UTILITIES EXCHANGE, INC. and EQUIFAX INFORMATION SERVICES, LLC, | ) | |
| Defendants. | ) | |

**MEMORANDUM IN SUPPORT OF JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER**

Plaintiff, Robert S. Trepeta ("Plaintiff"), and Defendants, Equifax Information Services LLC ("Equifax") and National Consumer Telecom and Utilities Exchange, Inc. ("NCTUE") (collectively "Defendants"), through their respective attorneys of record, respectfully submit this memorandum in support of their joint motion for a modification of the Court's scheduling order so that the parties can engage in settlement discussions, including a mediation session. For the reasons stated in their motion, and below, the parties respectfully request that the joint motion be granted.

**INTRODUCTION**

Plaintiff asserts separate claims against Equifax and NCTUE. Against NCTUE, Plaintiff asserts a claim in his individual capacity for allegedly failing to respond to his request for a copy of his consumer disclosure pursuant to the Fair Credit Reporting Act ("FCRA"). *See* Am. Compl. ¶ 39. Against Equifax, Plaintiff asserts a claim on behalf of himself and a purported class that Equifax should have included, but did not include, information about him from the NCTUE

database in a consumer disclosure it provided to Plaintiff at his request. *See id.* at ¶ 36. Equifax and NCTUE deny Plaintiff's allegations.

The parties have conferred and agree that before incurring the additional burden and expense of litigation, and potentially taxing the Court's resources with motions practice, it would be beneficial to engage in settlement negotiations, including a mediation. The parties have already started contacting mediators that counsel for the Plaintiff and/or for Equifax have used in the past in other Fair Credit Reporting Act class actions to determine their availability. After a mediator is selected, they intend to schedule the session to take place as quickly as possible. The parties therefore respectfully request that the Court modify the existing scheduling order by extending the current due dates 90 days to facilitate these discussions.

**ARGUMENT**

It is within the Court's discretion to modify its own scheduling orders "for good cause." Fed. R. Civ. P. 16(b)(4). In the present case, good cause for the requested extension exists because it would permit the parties to engage in settlement discussions, potentially resolving this purported class action. Modifying the scheduling order to accommodate these discussions, without the attendant burden, expense, and distraction of ongoing, multifaceted discovery, would serve the interests of the parties and the Court. The parties have not requested any prior extensions of the discovery period or briefing deadlines, and they do not do so here for any improper or dilatory purpose.

Accordingly, the parties request that the Court modify the current scheduling order as follows:

| | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Plaintiff's Discovery Deadline | April 9, 2019 | July 8, 2019 |
| Response to 26(a)(2)(B) Expert Disclosures Deadline | April 25, 2019 | July 24, 2019 |
| Defendant's Discovery Deadline | May 7, 2019 | August 5, 2019 |
| Plaintiff's Rebuttal Expert Disclosures Deadline | May 10, 2019 | August 8, 2019 |
| Pre-Trial Disclosures Deadline | May 15, 2019 | August 13, 2019 |
| Objections to Pre-trial Disclosures Deadline | May 22, 2019 | August 20, 2019 |
| Attorney's Conference Deadline | May 24, 2019 | August 22, 2019 |
| Circulation of draft of Final Pre-trial Order Deadline | May 29, 2019 | August 27, 2019 |
| Final Pre-Trial Conference Deadline | May 31, 2019 | August 29, 2019 |
| Last day to submit and serve proposed jury instructions and voire dire questions | June 11, 2019 | September 9, 2019 |
| Trial | June 18, 2019 | September 16, 2019 |

## CONCLUSION

For the reasons above and in their joint motion, Plaintiff and Defendants request that their motion be granted and that the scheduling order be modified as set forth above.

Respectfully submitted this 26th day of March 2019.

*/s/ John W. Montgomery, Jr.*
John W. Montgomery, Jr.
VSB No. 37149
Counsel for Defendants
Traylor, Montgomery & Elliott, PC
130 E. Wythe Street
Petersburg, VA 23803
Tel (804) 861-1122
Fax (804) 733-6022
Email jmontgomery@tmande.com

*/s/Leonard A. Bennett*
Leonard Anthony Bennett
Craig Carley Marchiando
Counsel for Plaintiffs
Consumer Litigation Associates
763 J Clyde Morris Boulevard, Ste 1A
Newport News, VA 23601
Tel (757) 930-3660
Email lenbennett@clalegal.com
Email craig@clalegal.com

Matthew J. Erausquin
Tara Boen Keller
Counsel for Plaintiffs
Consumer Litigation Associates
1800 Diagonal Rd., Ste. 600
Alexandria, VA 22314
Tel (703) 273-7770
Email matt@clalegal.com
Email tara@clalegal.com

**CERTIFICATE OF SERVICE**

This is to certify that I have this 26th day of March, 2019, electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such to all attorneys of record:

Leonard Bennett
Craig Carley Marchiando
Matthew J. Erausquin
Tara Boen Keller
Counsel for Plaintiffs
Consumer Litigation Associates, P.C.
1800 Diagonal Rd., Ste. 600
Alexandria, VA 22314

John W. Montgomery, Jr.
Counsel for Defendants
Traylor, Montgomery & Elliott, PC
130 E. Wythe Street
Petersburg, VA 23803

*/s/ John W. Montgomery, Jr.*
John W. Montgomery, Jr.
VSB No. 37149
Counsel for Defendants
Traylor, Montgomery & Elliott, PC
130 E. Wythe Street
Petersburg, VA 23803
Tel (804) 861-1122
Fax (804) 733-6022
Email jmontgomery@tmande.com

*/s/Leonard A. Bennett*
Leonard Anthony Bennett
Craig Carley Marchiando
Counsel for Plaintiffs
Consumer Litigation Associates
763 J Clyde Morris Boulevard, Ste 1A
Newport News, VA 23601
Tel (757) 930-3660
Email lenbennett@clalegal.com
Email craig@clalegal.com

Matthew J. Erausquin
Tara Boen Keller
Counsel for Plaintiffs
Consumer Litigation Associates
1800 Diagonal Rd., Ste. 600
Alexandria, VA 22314
Tel (703) 273-7770
Email matt@clalegal.com
Email tara@clalegal.com